# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00613-CV

Jessica Lynnette Doyle, Appellant

v.

Robert Wayne Fullen, Appellee

FROM THE DISTRICT COURT OF LLANO COUNTY, 33RD JUDICIAL DISTRICT
NO. 13, 185, HONORABLE DONALD V. HAMMOND, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The judgment in this cause was signed June 25, 2002. A timely motion for new trial was filed, making the notice of appeal due September 23, 2002. *See* Tex. R. App. P. 26.1(a)(1). The notice of appeal was not filed until September 25, 2002. By letter of November 21, 2002, the Court notified appellant that she must provide proof of timely mailing of her notice of appeal or an affidavit that the filing was mailed on or before September 23, 2002. *See* Tex. R. App. P. 9.2(b). The letter instructed appellant to provide the necessary proof of mailing not later than December 2, 2002, or the appeal would be dismissed for want of jurisdiction. This Court has received no response; accordingly, we dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed for Want of Jurisdiction

Filed: January 30, 2003